Eric A. Grover, Esq. (SBN 136080)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, CA 94107
Tel. (415) 543-1305; Fax: (415) 265-7861
eagrover@kellergrover.com

Attorneys for Plaintiff
MIJA J. ELSBURY and CLASS COUNSEL

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIJA J. ELSBURY, on behalf of herself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>PIZZA HUT OF SOUTHEAST KANSAS, INC. and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No: EDCV 07-00695 SGL (JCRx)<br><br>CLASS ACTION<br><br>[PROPOSED] JUDGMENT ON SETTLEMENT OF CLASS ACTION<br><br>Date:       April 21, 2008<br>Time:       10:00 a.m.<br>Courtroom: 1<br>Judge:      Hon. Stephen G. Larson |

PURSUANT TO THE ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT ENTERED ON APRIL 21, 2008, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Judgment as to the Released Claims of the settlement Class Members, as defined in the Joint Stipulation of Class Settlement and Release Between Plaintiff and Defendant ("Stipulation of Settlement"), shall be entered in the above-captioned action.

The settlement Class Members include members of two settlement classes: the "Labor Code Section 2699 Class," which is defined as all California employees of Defendant who received one or more paychecks from Defendant between June 8, 2006 and October 31, 2007, and the "Labor Code Section 212 Class," which is defined as all California employees of Defendant who paid a fee to cash one or more paychecks received from Defendant between June 8, 2003 and October 31, 2007.

Plaintiff Mija J. Elsbury's individual claims against Defendant, as set forth in the Stipulation of Settlement -- in particular paragraphs 2, 11 and 25, are dismissed with prejudice. The Released Claims, as defined in the Stipulation of Settlement at paragraph 25, of the settlement Class Members are dismissed with prejudice. Any claims asserted on behalf of the settlement Class Members in Plaintiff's First Amended Complaint but not included in the Released Claims defined in the Stipulation of Settlement at paragraph 25 are dismissed without prejudice.

Without affecting the finality of this Judgment, this Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all settlement Class Members, for purposes of supervising, administering, implementing, enforcing, and interpreting the Stipulation of Settlement and the Order Granting Motion for Final Approval of Class Action Settlement, Application for Award of Attorneys' Fees and Expenses and Class

Representative Enhancement and Individual Settlement entered by the Court on April 21, 2008.

**IT IS SO ORDERED.**

Dated: 4-21 ,2008

HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

1 | Approved as to form:

3 | Dated: April 4, 2008            KELLER GROVER LLP

By: _____/s/_____
ERIC A. GROVER
Attorneys for Plaintiff
MIJA J. ELSBURY and CLASS COUNSEL

9 | Dated: April 4, 2008            BEST BEST & KRIEGER LLP

By: _____/s/_____
J. MICHAEL SUMMEROUR
Attorneys for Defendant
PIZZA HUT OF SOUTHEAST KANSAS, INC.

# Notices

**5:07-cv-00695-SGL-JCR** Mija J. Elsbury v. Pizza Hut of Southeast Kansas Inc et al **CASE CLOSED on 10/26/2007**
(JCRx), CLOSED, DISCOVERY, STAYED

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Grover, Eric on 4/4/2008 at 3:35 PM PDT and filed on 4/4/2008
**Case Name:**      Mija J. Elsbury v. Pizza Hut of Southeast Kansas Inc et al
**Case Number:**    5:07-cv-695
**Filer:**          Mija J Elsbury
**WARNING: CASE CLOSED on 10/26/2007**
**Document Number:** 28

**Docket Text:**
NOTICE OF LODGING filed *[PROPOSED] JUDGMENT ON SETTLEMENT OF CLASS ACTION* (Grover, Eric)


**5:07-cv-695 Notice has been electronically mailed to:**

Jade Erin Butman    jbutman@kellergrover.com

Jerry R Dagrella    jerry.dagrella@bbklaw.com

Denise L Diaz    ddiaz@kellergrover.com

Eric A Grover    eagrover@kellergrover.com

Scott Allen Miller    millaw@sbcglobal.net

J Michael Summerour    michael.summerour@bbklaw.com

Mark R Thierman    laborlawyer@pacbell.net, kellyann@callatg.com, thier4@callatg.com, thier5@callatg.com

**5:07-cv-695 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Bradley E Neufeld
3750 University Avenue, Suite 400
PO Box 1028
Riverside, CA 92502

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** L:\JFKLAW\JFK Files\Cases - EAG and Employment\Pizza Hut (12114-1001)\Final Approval

Papers\[Proposed] Judgment re Final Approval EFILE.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/4/2008] [FileNumber=5637674-0]
[39c5f9603a41b96c2aaa38684112b1689fa123e57a0f220fcece745c1048a410e950d
9d9c3c9ee5ea76ba35e98e86afbc08c098304c1e65ff2a522c2bc0cd5f5]]